US DISTRICT COURT INDEX SHEET











USA

GUZMAN-LOERA

ACR     7/16/97     19:00
3:95-CR-973
*146*
*CRINDISPS.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

AUG 23 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT
BBroad

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 1994 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _95-0973-B_ |
|---|---|---|
| Plaintiff, | ) ) | **I N D I C T M E N T** |
| | ) | (4th Superseding) |
| v. | ) ) | Title 21, U.S.C., Secs. 846 |
| JOAQUIN GUZMAN-LOERA (1), | ) | and 841(a)(1) - Conspiracy to |
| aka "Chappo Guzman," | ) | Import and to Possess Cocaine |
| aka "El Architecto," | ) | with Intent to Distribute; |
| ARTURO GUZMAN-LOERA (2), | ) | Title 21, U.S.C., |
| aka "Pollo Guzman," | ) | Sec. 848(b) - Continuing |
| HUMBERTO LOYA-CASTRO (3), | ) | Criminal Enterprise; |
| aka "Licenciado Perez," | ) | Title 18, U.S.C., |
| MIGUEL ANGEL | ) | Sec. 1956(a)(2)(A) and |
| MARTINEZ-MARTINEZ (4), | ) | (a)(3)(A) - Money |
| aka "El Tololoche," | ) | Laundering; Title 21, U.S.C., |
| aka "Tolo," | ) | Sec. 853 - Criminal |
| aka "Gordo," | ) | Forfeiture |
| aka "Compadre," | ) | |
| ENRIQUE AVALOS-BARRIGA (5), | ) | |
| aka "El Doctor," | ) | |
| aka "El Medico," | ) | |
| aka "Juan Jose Robles," | ) | |
| aka "Jose Bautista," | ) | |
| aka "Don Chepe," | ) | |
| aka "Don Vicente," | ) | |
| aka "Flacco," | ) | |
| ANTONIO | ) | |
| REYNOSO-GONZALEZ (6), | ) | |
| aka "El Ingeniero," | ) | |
| aka "El Inje," | ) | |
| aka "El Electrico," | ) | |
| aka "El Electrista," | ) | |
| aka "Flacco," | ) | |
| JESUS REYNOSO-GONZALEZ (7), | ) | |
| aka "Chispas," | ) | |
| JOSE REYNOSO-GONZALEZ (8), | ) | |
| aka "Pepe Reynoso," | ) | |
| aka "The Engineer's | ) | |
| Brother," | ) | |

146 ⑤

```
 1  LUIS FERNANDO GONZALEZ (9),     )
       aka "La Gori,"              )
 2     aka "Norberto Guzman,"      )
    JORGE RAMIREZ-CORDOVA (10),    )
 3     aka "Alberto Parra-Zamora," )
       aka "The Coach,"            )
 4     aka "The Trainer,"          )
    SALVADOR REZA (11),            )
 5  GERALDO ANTONIO                )
       FRISBIE-CALDERON (12),      )
 6  ENRIQUE SUAREZ-ESTRADA (13),   )
    JUAN ESTRADA (15),             )
 7     aka "Manuel Trevino-Soto,"  )
    JORGE ALBERTO SALLES (16),     )
 8     aka "Jorge Alberto Saillez,")
       aka "El Pedoritto,"         )
 9     aka "Memo Jr.,"             )
    RODRIGO SUAVITA (17),          )
10     aka "Rocky,"                )
       aka "Andres Mejia,"         )
11  ADALBERTO                      )
       PARTIDA-CHAVEZ (18),        )
12     aka "Jose Bautista,"        )
       aka "Beto,"                 )
13     aka "Enrique Del            )
          Real-Moreno,"            )
14     aka "Vecino,"               )
                                   )
15  ████████████████████          )
                                   )
16  JOSE LUIS GUZMAN (20),         )
    JOSE SANCHEZ (21),             )
17     aka "El Pajarito,"          )
    FRANCISCO ERIC ROCHA (22),     )
18  RICARDO YUDICE-CAMPOS (23),    )
                                   )
19             Defendants.         )
    ───────────────────────────────)
20
           The grand jury charges:
21
                      Count 1
22
          Beginning at a date unknown to the grand jury and continuing
23
    up to and including June 23, 1995, within the Southern District of
24
    California, and elsewhere, defendants JOAQUIN GUZMAN-LOERA aka
25  CAB:mdd:San Diego
    08/22/96
26

27

28                              2
```

1    "Chappo Guzman," aka "El Architecto," ARTURO GUZMAN-LOERA, aka

2    "Pollo Guzman," HUMBERTO LOYA-CASTRO, aka "Licenciado Perez,"

3    MIGUEL ANGEL MARTINEZ-MARTINEZ, aka "El Tololoche," aka "Tolo,"

4    aka "Gordo," aka "Compadre," ENRIQUE AVALOS-BARRIGA, aka "El

5    Doctor," aka "El Medico," aka "Juan Jose Robles," aka "Jose

6    Bautista," aka "Don Chepe," aka "Don Vicente," aka "Flacco,"

7    ANTONIO REYNOSO-GONZALEZ, aka "El Ingeniero," aka "El Inje," aka

8    "El Electrico," aka "El Electrista," aka "Flacco," JESUS REYNOSO-

9    GONZALEZ, aka "Chispas," JOSE REYNOSO-GONZALEZ, aka "Pepe

10   Reynoso," aka "The Engineer's Brother," LUIS FERNANDO GONZALEZ,

11   aka "La Gori," aka "Norberto Guzman," JORGE RAMIREZ-CORDOVA, aka

12   "Alberto Parra-Zamora," aka "The Coach," aka "The Trainer,"

13   SALVADOR REZA, GERALDO ANTONIO FRISBIE-CALDERON, ENRIQUE SUAREZ-

14   ESTRADA, JUAN ESTRADA, aka "Manuel Trevino-Soto," JORGE ALBERTO

15   SALLES, aka "El Pedoritto," aka "Memo Jr.," RODRIGO SUAVITA, aka

16   "Rocky," aka "Andres Mejia," ADALBERTO PARTIDA-CHAVEZ, aka "Jose

17   Bautista," aka "Beto," aka "Enrique Del Real-Moreno," aka

18   "Vecino," ████████ ███████████████, JOSE LUIS GUZMAN, JOSE SANCHEZ,

19   aka "El Pajarito," FRANCISCO ERIC ROCHA and RICARDO YUDICE-CAMPOS

20   did knowingly and intentionally conspire together and with each

21   other and with other persons known and unknown to the grand jury

22   to import and to possess, with intent to distribute, cocaine, a

23   Schedule II Controlled Substance, in violation of Title 21, United

24   States Code, Section 841(a)(1).

25

26

27

28                                      3

1

## Manner and Means

2   1.   Defendant JOAQUIN GUZMAN-LOERA, aka "Chappo Guzman," aka

3   "El Architecto" (hereinafter "JOAQUIN GUZMAN"), directed the

4   operations of a drug transportation organization ("the Guzman

5   organization") until his arrest in Mexico City in June, 1993,

6   after which he has directed the Guzman organization through his

7   brother, defendant ARTURO GUZMAN-LOERA, aka "Pollo Guzman"

8   (hereinafter ARTURO GUZMAN).

9   2.   Defendant JOAQUIN GUZMAN and members of the Guzman

10   organization arranged for transportation of cocaine from Colombia

11   to the interior of Mexico, from the interior of Mexico to the

12   border, and then into and throughout the United States using

13   various means, including but not limited to jets, rail cars,

14   tunnels and car loads.

15   3.   Defendants GERALDO ANTONIO FRISBIE-CALDERON (hereinafter

16   "FRISBIE") and ENRIQUE SUAREZ-ESTRADA (hereinafter "SUAREZ")

17   acting as pilots for the Guzman organization, transported money

18   from the United States to Mexico and drugs from the interior of

19   Mexico to the Mexican border for further transportation across the

20   border into the United States.

21   4.   Defendant HUMBERTO LOYA-CASTRO, aka "Licenciado Perez"

22   (hereinafter "LOYA"), protected the drugs and money of the Guzman

23   organization in Mexico by paying money to Mexican authorities to

24   assure that the drugs were not seized by Mexican law enforcement.

25   5.   Defendant LOYA ensured that if key members of the Guzman

26   organization were arrested, they did not remain in custody by

27

28                                    4

1     paying money to obtain legal files from the Procuraduria General

2     de la Republico ("PGR") so that he could alter these files.

3        6.    Defendant MIGUEL ANGEL MARTINEZ-MARTINEZ, aka "El

4     Tololoche," aka "Tolo," aka "Gordo," aka "Compadre" (hereinafter

5     "MARTINEZ"), directed the United States operations of the Guzman

6     organization through his emissary in the United States, defendant

7     ENRIQUE AVALOS-BARRIGA, aka "El Doctor," aka "El Medico," aka

8     "Juan Jose Robles," aka "Jose Bautista," aka "Don Chepe," aka "Don

9     Vicente," aka "Flacco" (hereinafter AVALOS).

10        7.    Defendant AVALOS directed the transportation of cocaine

11     across the border for the Guzman organization using various means,

12     including hiding the narcotics in rail cars carrying cooking oil

13     and directing construction of secret tunnels from Mexico into the

14     United States.

15        8.    Defendant AVALOS, with the assistance of defendant LUIS

16     FERNANDO GONZALEZ, aka "La Gori," aka "Norberto Guzman"

17     (hereinafter "GONZALEZ") ADALBERTO PARTIDA-CHAVEZ, aka "Juan

18     Bautista," aka "Beto," aka "Enrique Del Real-Moreno," aka "Vecino"

19     (hereinafter PARTIDA) and RICARDO YUDICE-CAMPOS (hereinafter

20     "YUDICE"), leased and prepared warehouses in California, Chicago

21     and New Jersey, to store cocaine once it was transported across

22     the border from Mexico.

23        9.    Defendant SALVADOR REZA (hereinafter "REZA"), who owns

24     Commercial Real Estate Services ("CRESE") in El Monte, California,

25     acted as a broker for the warehouses set up in California.

26        10.   Defendants JOSE REYNOSO-GONZALEZ, aka "Pepe Reynoso,"

27     aka "The Engineer's Brother" (hereinafter "JOSE REYNOSO"), ANTONIO

28                                 5

REYNOSO-GONZALEZ, aka "El Ingeniero," aka "El Inje," aka "El Electrico," aka "El Electrista," aka "Flacco" (hereinafter "ANTONIO REYNOSO"), and JESUS REYNOSO-GONZALEZ, aka "Chispas," (hereinafter "JESUS REYNOSO"), who are all brothers, own grocery products businesses in California, including Reynoso Bros., Inc., Tia Anita, Fruteria Tropicana, Grocery Depot, Inc., and Cotija Cheese, ("the Reynoso businesses"), which businesses import Mexican food products, including La Comadre brand of jalapeno chili peppers.

11. Defendants JOSE REYNOSO, ANTONIO REYNOSO and JESUS REYNOSO used the Reynoso businesses to lend an air of legitimacy to the Guzman organization's importation of cocaine and exportation of money.

12. Defendant ANTONIO REYNOSO arranged for the transportation of cocaine into and throughout the United States under the direction of defendant AVALOS.

13. Defendants JOSE and JESUS REYNOSO were responsible for acquiring property in Otay Mesa, California at the northwest corner of the intersection of Siempre Viva Road and Avenida de la Fuente Sur ("the Siempre Viva property") and constructed a warehouse on this property so members of the Guzman organization could build a tunnel from Mexico into the United States for the purpose of importing cocaine into the United States through this tunnel.

14. Members of the Guzman organization constructed a tunnel approximately 65 feet below the surface, which began in Mexico and extended approximately 1416 feet across the border into Otay Mesa,

6

1    California, intending to reach the warehouse being constructed by

2    defendants JOSE and JESUS REYNOSO on the Siempre Viva property.

3         15.   Defendants JOSE and JESUS REYNOSO introduced defendant

4    JORGE RAMIREZ-CORDOVA, aka "Alberto Parra-Zamora," aka "The

5    Coach," aka "The Trainer" (hereinafter "RAMIREZ"), to the builder

6    of the warehouse and to the seller of the Siempre Viva property

7    intending that he act as a "straw purchaser" of the Siempre Viva

8    property to shield defendants JOSE and JESUS REYNOSO from

9    culpability.

10                              OVERT ACTS

11        In furtherance of said conspiracy and to effect the objects

12   thereof, the following overt acts, among others, were committed

13   within the Southern District of California and elsewhere:

14                             Use Of Jets

15   1.    In or about February or March, 1990, in Mexico City,

16         Mexico, defendants JOAQUIN GUZMAN and MARTINEZ arranged

17         to set up a front company known as Servicious Aero

18         Ejectivos Poblanos, S.A. ("SAEPSA"), which later became

19         Aeroabastos, to transport money exported from, and

20         cocaine imported to, the United States for the Guzman

21         organization while claiming the company was to rent jets

22         for company executives.

23   2.    Throughout 1990 and 1991, defendant MARTINEZ in Mexico

24         City, Mexico, received shipments of money from the

25         United States, shipped by Guillermo Saillez-Cuervo, aka

26         Enrique Perez, aka "Memo," (indicted elsewhere), from

27         Los Angeles, California to Mexico City.

28                                  7

3.    In or about November, 1991, in Los Angeles, California, defendant JOSE REYNOSO caused a Lear Jet 25, owned on paper by Aeroabastos, to be re-registered in the name of Grocery Depot, Inc., a company owned by defendant JOSE REYNOSO and his son, John Reynoso-Gonzalez.

4.    On or about November 20, 1991, defendant FRISBIE piloted, and defendant SUAREZ copiloted the Lear Jet 25 from Leon, Mexico to San Diego, California for the Guzman organization.

5.    On or about November 23, 1991, defendant FRISBIE piloted and defendant SUAREZ copiloted the Lear Jet 25 from Tijuana, Mexico to San Diego, California for the Guzman organization.

6.    In or about November, 1991, in Los Angeles, California, defendant JOSE REYNOSO caused a Lear Jet 35, owned on paper by Aeroabastos, to be re-registered in the name of Reynoso Bros., Inc., a company owned by defendant JOSE REYNOSO and his son, Arturo Reynoso-Gonzalez.

7.    On or about July 28, 1992, defendant FRISBIE piloted and defendant SUAREZ copiloted the Lear Jet 35 from Mexico to Laredo, Texas, for the Guzman organization.

Bribes

8.    In or about 1991, in Mexico City, Mexico, defendant LOYA caused $1,000,000 cash to be paid to an official of the Mexican Federal Judicial Police for the release of defendant ARTURO GUZMAN from custody.

8

9.    On or about February 3, 1995, in San Antonio, Texas, Raul Guzman (indicted elsewhere) had a telephone conversation with an unindicted coconspirator and said that he would call and confirm that Guillermo Saillez-Cuervo, (indicted elsewhere), was in custody at Florence Correctional Center in Tucson, Arizona, because defendant LOYA had contacts at the Florence Correctional Center and could allegedly arrange for Saillez-Cuervo, who was serving a nineteen year sentence, to escape.

10.   In or about March, 1991, in San Diego, California, Juan Carlos Alvarez-Guerrero (indicted elsewhere) attempted to bribe an Immigration Inspector to allow him to import, from Mexico into the United States, contraband, later determined to be a load of cocaine.

11.   On or about March 11, 1991, in San Diego, California, Defendant AVALOS met with Juan Carlos Alvarez-Guerrero, Rodolfo Lizarraga-Valenzuela, Victor Manuel Gaxiola-Garcia and Gabriel Vasquez (all indicted elsewhere) and showed them various "staging" locations where they could meet to deliver and pick up cocaine.

12.   On or about March 11, 1991, in San Diego, California, defendant AVALOS designated codes for each of the "staging" locations so that AVALOS could direct Victor Manuel Gaxiola-Garcia where to deliver, and Gabriel Vasquez where to pick up, a load of cocaine due to be transported the next day.

9

13. On or about March 15, 1991, in San Diego, California, Victor Manuel Gaxiola-Garcia drove and Rodolfo Lizarraga-Valenzuela rode as a passenger in a van containing approximately 283 kilograms of cocaine, while Juan Carlos Alvarez-Guerrero followed in a car, across the border from Mexico into the United States at the San Ysidro Port of Entry.

14. On or about March 15, 1991, in Mexico, defendant AVALOS called cellular telephones being used by Rodolfo Lizarraga-Valenzuela and Gabriel Vasquez, and gave them a code number indicating the location where the approximately 283 kilograms of cocaine was to be delivered.

15. On or about March 15, 1991, in San Diego, California, Victor Manuel Gaxiola-Garcia drove the van containing approximately 283 kilograms of cocaine to the location indicated by defendant AVALOS, where it was picked up by Gabriel Vasquez.

<u>Los Angeles Warehouses</u>

16. On or about October 4, 1989, in Los Angeles, California, Juan Hernandez (indicted elsewhere) drove a tractor trailer to the Reynoso Brothers' warehouse controlled by defendant JOSE REYNOSO and picked up approximately 296 kilograms of cocaine, hidden in Mexican soap boxes.

17. In or about July, 1991, in Los Angeles, California, Ismael Garza-Villareal leased a warehouse under the

10

1     business name of Agroquimicos, for the purpose of

2     storing narcotics imported by the Guzman organization.

3  18. In or about May, 1992, in Mexico City, Mexico, defendant

4     AVALOS caused a warehouse to be opened by Roberto

5     Sanchez and Ismael Garza-Villareal under the business

6     name of Agroquimicos, for the purpose of loading

7     narcotics into chile cans and rail cars for importation

8     to the United States.

9  19. In or about June, 1992, in Paramount, California,

10    defendant AVALOS, assisted by defendant RAMIREZ, opened

11    a small front business known as Perez Brothers Hardware,

12    which imported from Mexico into the United States rolls

13    of chicken wire with hidden fiberglass compartments for

14    the storage of cocaine.

15 20. In or about September 3, 1991, in the City of Industry,

16    California, defendant RAMIREZ introduced a person he

17    identified as "Angel Ochoa" to realtors, so that Ochoa,

18    together with defendant AVALOS, could rent a warehouse

19    for the purpose of storing cocaine on Red Hat Lane,

20    under the business name of Ochoa Bros. Mexican Food

21    Products.

22                    Tecate Seizure

23 21. In or about April, 1993, in Tecate, Mexico, defendant

24    AVALOS leased a warehouse, under the company name of

25    Distribudores de Basicos ("the Basicos warehouse"),

26    guaranteed by defendant ANTONIO REYNOSO, for storage of

27

28                        11

1    and eventual importation of cocaine through Otay Mesa,

2    California, to Los Angeles, California.

3    22.   On or about April 21, 1993, in Tecate, Mexico, Armando

4    Reyes-Gonzalez, charged elsewhere, drove a tractor

5    trailer containing 1400 cases of cans marked with La

6    Comadre brand of jalapeno chile peppers, each can

7    containing approximately one kilogram of cocaine (for a

8    total of 7.3 tons of cocaine) which he was to deliver to

9    the Basicos warehouse.

10                          The Tunnel

11   23.   In or about January, 1992, in Otay Mesa, California,

12   defendants JOSE REYNOSO and JESUS REYNOSO caused two

13   brokers to inquire about the purchase of the Siempre

14   Viva property.

15   24.   In or about January, 1992, in an office in Sorrento

16   Mesa, California, defendant JESUS REYNOSO met with the

17   owner of the Siempre Viva property to discuss its

18   purchase.

19   25.   In or about January, 1992, in Otay Mesa, California,

20   defendant JESUS REYNOSO met with the owner of the

21   Siempre Viva property to finalize its purchase, and gave

22   the owner a cash down payment in the amount of $9,000.

23   26.   On or about January 27, 1992, in Otay Mesa, California,

24   defendant JESUS REYNOSO caused a cashiers check in the

25   amount of $324,000 to be delivered for the purchase of

26   the Siempre Viva property.

27

28                             12

27.  In or about 1992, after escrow opened on the Siempre
     Viva property, defendant ANTONIO REYNOSO called the
     owner of the Siempre Viva property from Guadalajara,
     Mexico and attempted to change the purchase of the
     Siempre Viva property to a piece of property closer to
     the Mexican border.

28.  In or about March, 1992, defendants JESUS and JOSE
     REYNOSO informed the owner of the Siempre Viva property
     that they would be changing the name of the purchaser
     from themselves to "Alberto Parra-Zamora," (an alias
     used by defendant RAMIREZ.)

29.  On or about March 10, 1992, in Otay Mesa, California,
     defendant RAMIREZ caused a cashiers check in the amount
     of $400,000 to be delivered for the purchase of the
     Siempre Viva property.

30.  On or about March 12, 1992, in Otay Mesa, California,
     defendant RAMIREZ caused a cashiers check in the amount
     of $300,000 to be delivered for the purchase of the
     Siempre Viva property.

31.  On or about October 9, 1992, in Otay Mesa, California,
     defendant RAMIREZ purchased the Siempre Viva property
     for $1,133,000, the sum of which was paid with a
     combination of cash and cashiers checks, although only
     $100,000 of that sum went through escrow.

32.  In or about April, 1992, in Victorville, California,
     defendant REZA contacted a builder to build a warehouse
     on the Siempre Viva property for defendant JOSE REYNOSO.

13

33. In or about April or May, 1992, in Otay Mesa, California, defendants JOSE REYNOSO, JESUS REYNOSO (using the name "Chispas"), RAMIREZ (using the name Alberto Parra-Zamora) and REZA met with the original owner of the Siempre Viva property and the builder of the warehouse to discuss construction of a warehouse on the Siempre Viva property.

34. On or about May 12, 1992, in a restaurant in Cerritos, California, defendant RAMIREZ met with Guillermo Saillez-Cuervo (indicted elsewhere) and showed Saillez-Cuervo blueprints.

35. On or about May 29, 1992, defendant RAMIREZ paid the builder an initial $10,000 deposit for construction of a warehouse on the Siempre Viva property, with a check drawn on a bank account for Fruteria Tropicana, owned by defendant ANTONIO REYNOSO.

36. On or about April 22, 1993 in a restaurant parking lot in Chula Vista, California, defendant RAMIREZ delivered approximately $60,000 in U.S. currency to defendant REZA and the builder for construction of the warehouse on the Siempre Viva property.

37. On or about May 12, 1993, defendant RAMIREZ signed over two checks, each in the amount of $120,000, to the builder of the warehouse on the Siempre Viva property, which checks were made out to RAMIREZ by defendant JOSE REYNOSO for construction of the warehouse on the Siempre Viva property.

14

38. From on or about August 3, 1992 to on or about May 20, 1993, defendant RAMIREZ paid the builder of the warehouse on the Siempre Viva property approximately $1,019,000 for construction of the warehouse, $40,000 of which the builder then paid to defendant REZA.

39. On or about September 5, 1994, in Chicago, Illinois, defendant AVALOS discussed by telephone with defendant MARTINEZ (located in Mexico) the feasibility of constructing a secret, underground tunnel crossing the United States - Mexico border at a location between San Luis Colorado, Mexico and Mexicali, Mexico.

<u>Transfer of Cash</u>

40. On or about November 22, 1993, in Los Angeles, California, defendant JOSE REYNOSO gave $10,000 in U.S. currency to another person to be delivered to defendant AVALOS (using the name Juan Jose Robles) in Chicago, Illinois.

41. On or about November 29, 1993, in Los Angeles, California, defendant JOSE REYNOSO gave $20,000 cash to another person to be delivered to defendant AVALOS (using the alias Juan Jose Robles) in Chicago, Illinois.

<u>Warehouses in Los Angeles and Texas</u>

42. On or about June 16, 1994, in Chicago, Illinois, defendant AVALOS spoke by telephone with Raul Guzman (indictment elsewhere) who was located in San Antonio, Texas, and said he had located a great warehouse in

15

Texas, after which Raul Guzman offered his assistance to AVALOS.

43.  On or about June 13, 1994, in the Republic of Mexico, defendant MARTINEZ spoke by telephone with defendant AVALOS (located in Chicago, Illinois) and told AVALOS to concentrate on finding a warehouse in Los Angeles instead of Texas, adding that defendant JOSE REYNOSO could help AVALOS to locate a warehouse in Los Angeles.

44.  On or about June 13, 1994, in Chicago, Illinois, defendant AVALOS spoke by telephone with defendant ANTONIO REYNOSO (located in Los Angeles, California) and advised ANTONIO REYNOSO that he, AVALOS would send defendant GONZALEZ, who would be using the name Norberto Guzman and would be acting on behalf of Agro Industrias, to Los Angeles to meet with defendant JOSE REYNOSO's broker, defendant REZA, so that the Guzman organization could locate a warehouse in Los Angeles to store cocaine.

45.  On or about June 13, 1994, in Chicago, Illinois, defendant AVALOS spoke by telephone with defendant REZA (located in Los Angeles, California) about finding a warehouse in Los Angeles, California, which could accommodate railroad tracks leading inside the building.

46.  On or about June 24, 1994, defendant AVALOS directed defendant GONZALEZ to travel from Chicago, Illinois, to Los Angeles, California, to find a warehouse in Los

16

Angeles for the Guzman organization to store its cocaine.

47. On or about August 4, 1994, in the Republic of Mexico, defendant MARTINEZ directed defendant JUAN ESTRADA, aka "Manuel Trevino-Soto" (hereinafter "ESTRADA"), to travel to Los Angeles to locate a warehouse for the Guzman organization to store cocaine.

48. On or about August 5, 1994, in Los Angeles, California, defendants GONZALEZ, ESTRADA and REZA filed a business license application and occupancy permit for a warehouse located on railroad tracks at 14325 Alondra Boulevard in La Mirada, California ("the Alondra warehouse"), using the name of Agro Industrias Unidas, SA de CV, claiming that the purpose of the business was to "export edible oil."

49. In or about April, 1995, in Los Angeles, California, defendant GONZALEZ negotiated with the lessor of the Alondra warehouse to arrange for use of a rail spur leading to the Alondra warehouse.

50. In or about April, 1995, in Los Angeles, California, defendant GONZALEZ placed a series of telephone calls to Union Tank to arrange for the lease of rail cars on behalf of Agro Industrias Unidas.

The New Jersey Warehouse

51. On or about August 25, 1994, in the Republic of Mexico, defendant JORGE ALBERTO SALLES, aka "El Pedoritto," aka "Memo Jr." (hereinafter "SALLES") son of Guillermo

17

1     Saillez-Cuervo, indicted elsewhere, attempted to reach

2     defendant AVALOS so that he (SALLES) could introduce

3     defendant RODRIGO SUAVITA, aka "Rocky," aka "Andres

4     Mejia" (hereinafter "SUAVITA"), a resident of Cali,

5     Colombia, to defendant AVALOS.

6    52.   On or about August 25, 1994, in the Republic of Mexico,

7     defendant SALLES spoke by telephone with Raul Guzman

8     (indicted elsewhere) and told him defendant SUAVITA had

9     cocaine he needed transported and stored in the United

10     States.

11    53.   On or about August 25, 1994, defendant AVALOS spoke by

12     telephone with Raul Guzman (indicted elsewhere) who was

13     located in San Antonio, Texas, and told Raul Guzman to

14     discuss the cost and mechanics of picking up and storing

15     cocaine with defendant SUAVITA.

16    54.   On or about August 25, 1994, in San Antonio, Texas, Raul

17     Guzman (indicted elsewhere) met with defendant SUAVITA,

18     and later summarized the meeting by telephone to

19     defendant AVALOS.

20    55.   On or about August 26, 1994, in San Antonio, Texas, Raul

21     Guzman (indicted elsewhere) arranged for defendant

22     SUAVITA to fly to Los Angeles to meet with defendant

23     ANTONIO REYNOSO and view the Los Angeles operations of

24     the Guzman organization.

25    56.   On or about August 26, 1994, defendant SUAVITA flew from

26     San Antonio, Texas, to Los Angeles, California, and met

27     with defendant ANTONIO REYNOSO at a warehouse located at

28

1409L Virginia Avenue in Baldwin Park, California ("the Virginia Street warehouse"), leased by defendant YUDICE.

57. On or about August 27, 1994, in a telephone conversation, defendant AVALOS asked defendant SALLES to come to Chicago, Illinois, to meet with defendant AVALOS so defendant AVALOS could tell defendant SALLES in person about the meeting with defendant SUAVITA, and so defendant SALLES could report back to their "boss" in Mexico.

58. On or about September 8, 1994, defendant SUAVITA called defendant AVALOS in Chicago, Illinois and said he wanted to hire defendant AVALOS to transport cocaine from Chicago to New York, to which defendant AVALOS replied that he would require some time to open a warehouse in New York.

59. On or about September 9, 1994, defendant AVALOS directed defendant GONZALEZ to fly to Newark, New Jersey, where defendant GONZALEZ leased and prepared a warehouse, located at 985 B Linden Avenue, Linden, New Jersey, operating under the business name of "Quinones Machinery."

The Chicago Warehouse

60. On or about May 24, 1994, in the Republic of Mexico, defendant MARTINEZ spoke by telephone with defendant AVALOS (located in Chicago, Illinois) and asked defendant AVALOS to make hotel reservations for "Manuel Trevino" (an alias used by defendant ESTRADA) who was to

19

travel from Mexico to look at the options for a warehouse in Chicago.

61. On or about July 13, 1994, in the Republic of Mexico, defendant MARTINEZ spoke by telephone with defendant AVALOS (located in Chicago, Illinois) and said that he (MARTINEZ) was sending two couriers to Chicago, Illinois, from Guadalajara, Mexico, to pick up money, "1000" of which defendant MARTINEZ acknowledged must be paid to defendant ANTONIO REYNOSO.

62. On or about July 15, 1994, in Chicago, Illinois, defendant AVALOS spoke by telephone with a courier, defendant JOSE LUIS GUZMAN, and told him he would send "Norberto Guzman" (an alias used by defendant GONZALEZ) to take care of transportation to the airport, tickets and expenses.

63. On or about July 16, 1994, in Chicago, Illinois, defendant GONZALEZ met with the two couriers, sent by defendant MARTINEZ, and provided them with airline tickets to Guadalajara, Mexico and expense money, after which he transported them to the Chicago airport.

64. On or about July 16, 1994, at O'Hare International Airport in Chicago, Illinois, defendants JOSE LUIS GUZMAN ██████ ██████ ██████████ ███████████ ████████████ checked two television boxes, addressed to defendant ARTURO GUZMAN which contained $350,000 in U.S. currency each, from Chicago, Illinois, to Guadalajara, Mexico.

65. On or about July 16, 1994, in Chicago, Illinois, defendant AVALOS called defendant PARTIDA to report that the couriers did not arrive in Guadalajara as scheduled, to which PARTIDA replied that La Gori (defendant GONZALEZ) had taken them (the couriers) to the airport.

66. On or about July 16, 1994, in Chicago, Illinois, defendant AVALOS spoke by telephone with defendant PARTIDA and told him not to worry about the couriers because "they fell."

67. On or about July 16, 1994, in Chicago, Illinois, defendant AVALOS told defendant PARTIDA that "El Ingeniero" (defendant ANTONIO REYNOSO) was buying "the machinery" and it would be ready soon.

68. On or about July 19, 1994, in Chicago, Illinois, defendant PARTIDA purchased a forklift for the Chicago warehouse.

69. In or about July, 1994, in Chicago, Illinois, defendant GONZALEZ leased a warehouse at 9124 Medill, Franklin Park, Illinois, operating under the business name of Melvyn's Machinery ("the Chicago Warehouse").

70. In or about April, 1994, defendant YUDICE leased the Virginia Street warehouse in Baldwin Park, California.

71. In or about September, 1994, defendant AVALOS caused a boiler to be sent from Chicago, Illinois, to Los Angeles, California.

72. In or about September, 1994, at the Virginia Street warehouse, defendant YUDICE modified several boilers so

21

1  cocaine could be concealed in PVC pipes inside the
2  boilers.

3  73.  On or about September 21, 1994, in Chicago, Illinois,
4  defendant PARTIDA called "Jose" and told Jose to tell
5  "El Pajarito" (an alias used by defendant JOSE SANCHEZ)
6  to stay at the "Big House" (the Chicago warehouse) until
7  6 p.m.

8  74.  On or about September 22, 1994, in Chicago, Illinois,
9  defendant AVALOS spoke by telephone with defendant
10  ANTONIO REYNOSO (located in Los Angeles, California) and
11  discussed a "small delivery" that ANTONIO REYNOSO was
12  sending to Chicago in the "same machine."

13  75.  On or about September 23, 1994, in Chicago, Illinois,
14  defendant ANTONIO REYNOSO caused approximately 390
15  kilograms of cocaine to be delivered to the Chicago
16  warehouse secreted in a boiler sent by defendant AVALOS
17  to ANTONIO REYNOSO earlier in the month and modified by
18  defendant YUDICE.

19  76.  On or about September 23, 1994, in Chicago, Illinois,
20  defendant FRANCISCO ERIC ROCHA left the Chicago
21  warehouse driving a car containing approximately 120
22  kilograms of cocaine.

23  77.  On or about September 23, 1994, in Chicago, Illinois
24  defendant JOSE SANCHEZ guarded the Chicago warehouse,
25  which then held approximately 270 kilograms of cocaine
26  and two cars with secret compartments.

27

28

78.  On or about October 1, 1994, defendants AVALOS, JOSE
     SANCHEZ and PARTIDA drove from Chicago, Illinois to San
     Antonio, Texas, in one car then switched to another car
     with Mexican license plates in order to avoid detection
     by law enforcement authorities when they crossed the
     border into Mexico.

79.  On or about October 1, 1994, defendant AVALOS travelled
     to Mexico to meet members of the Guzman organization to
     explain the loss of the cocaine and money in Chicago,
     Illinois.

All in violation of Title 21, United States Code, Section 846.

## Count 2

## Continuing Criminal Enterprise

Beginning at a date unknown to the grand jury and continuing up to and including June 23, 1995, within the Southern District of California, and elsewhere, defendants ENRIQUE AVALOS-BARRIGA did knowingly and intentionally engage in a continuing criminal enterprise by violating various provisions of the Controlled Substances Act (Title 21, United States Code, Sections 841, 846, 952, 960 and 963) as alleged in overt acts 1-79 of Count 1 of this indictment, which offenses were part of a continuing series of violations of the Controlled Substances Act, involving more than 150 kilograms of cocaine and were undertaken by defendants ENRIQUE AVALOS-BARRIGA in concert with at least five other persons with respect to whom defendant ENRIQUE AVALOS-BARRIGA occupied a position of principal administrator, organizer and leader and from which such continuing series of violations defendant ENRIQUE

23

1 | AVALOS-BARRIGA obtained substantial income and resources; in

2 | violation of Title 21, United States Code, Section 848(b).

3 | <u>Counts 3 - 5</u>

4 | Money Laundering

5 | On or about the dates listed below, in the Southern District

6 | of California, defendants ENRIQUE AVALOS-BARRIGA, aka "El Doctor,"

7 | aka "El Medico," aka "Juan Jose Robles," aka "Jose Bautista," aka

8 | "Don Chepe," aka "Don Vicente," aka "Flacco," JORGE RAMIREZ-

9 | CORDOVA, aka "Alberto Parra-Zamora," aka "The Coach," aka "The

10 | Trainer," JESUS REYNOSO-GONZALEZ, aka"Chispas," and JOSE REYNOSO-

11 | GONZALEZ, aka "Pepe Reynoso," aka "The Engineer's Brother,"

12 | knowingly and intentionally transported, transmitted and

13 | transferred and attempted to transport, transmit and transfer,

14 | monetary instruments and funds, to wit cash or cashier's checks,

15 | in the amounts listed below, from a place outside the United

16 | States, to wit Mexico, to a place in the United States, to wit San

17 | Diego, California, with the intent to promote the carrying on of

18 | specified unlawful activity, to wit dealing in narcotics or other

19 | dangerous drugs punishable under the laws of the United States; in

20 | violation of Title 18, United States Code, Section 1956(a)(2)(A).

21 | Count 3   1/28/92   cashier's check        $324,000

22 | Count 4   3/12/92   cashier's check        $300,000

23 | Count 5   3/12/92   cashier's check        $400,000

24 | //

25 | //

26 | //

27 | //

28 |                                24

<u>Count 6</u>

Money Laundering

On or about April 23, 1993, in the Southern District of California, defendants ENRIQUE AVALOS-BARRIGA, aka "El Doctor," aka "El Medico," aka "Juan Jose Robles," aka "Jose Bautista," aka "Don Chepe," aka "Don Vicente," aka "Flacco," JORGE RAMIREZ-CORDOVA, aka "Alberto Parra-Zamora," aka "The Coach," aka "The Trainer," JESUS REYNOSO-GONZALEZ, aka"Chispas," JOSE REYNOSO-GONZALEZ, aka "Pepe Reynoso," aka "The Engineer's Brother," and SALVADOR REZA:

(1) knowingly and intentionally transported, transmitted and transferred and attempted to transport, transmit and transfer, monetary instruments and funds, to wit $60,000 cash, from a place outside the United States, to wit Mexico, to a place in the United States, to wit San Diego, California, with the intent to promote the carrying on of specified unlawful activity, to wit dealing in narcotics or other dangerous drugs punishable under the laws of the United States; and

(2) with the intent to promote the carrying on of specified unlawful activity, to wit dealing in narcotics or other dangerous drugs punishable under the laws of the United States, conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce, involving $60,000 cash represented to be the proceeds of the above enumerated specified unlawful activity and used to conduct or facilitate the above enumerated specified unlawful activity;

All in violation of Title 18, United States Code, Section 1956(a)(2)(A) and (a)(3)(A).

FORFEITURE ALLEGATION

The allegation contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the commission of the felony offense alleged in Count 1, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendants JOAQUIN GUZMAN-LOERA aka "Chappo Guzman," aka "El Architecto," ARTURO GUZMAN-LOERA, aka "Pollo Guzman," HUMBERTO LOYA-CASTRO, aka "Licenciado Perez," MIGUEL ANGEL MARTINEZ-MARTINEZ, aka "El Tololoche," aka "Tolo," aka "Gordo," aka "Compadre," ENRIQUE AVALOS-BARRIGA, aka "El Doctor," aka "El Medico," aka "Juan Jose Robles," aka "Jose Bautista," aka "Don Chepe," aka "Don Vicente," aka "Flacco," ANTONIO REYNOSO-GONZALEZ, aka "El Ingeniero," aka "El Inje," aka "El Electrico," aka "El Electrista," aka "Flacco," JESUS REYNOSO-GONZALEZ, aka "Chispas," JOSE REYNOSO-GONZALEZ, aka "Pepe Reynoso," aka "The Engineer's Brother," LUIS FERNANDO GONZALEZ, aka "La Gori," aka "Norberto Guzman," JORGE RAMIREZ-CORDOVA, aka "Alberto Parra-Zamora," aka "The Coach," aka "The Trainer," SALVADOR REZA, GERALDO ANTONIO FRISBIE-CALDERON, ENRIQUE SUAREZ-ESTRADA, JUAN ESTRADA, aka "Manuel Trevino-Soto," JORGE ALBERTO SALLES, aka "El Pedoritto," aka "Memo Jr.," RODRIGO SUAVITA, aka "Rocky," aka "Andres Mejia," ADALBERTO PARTIDA-CHAVEZ, aka "Jose

26

1  Bautista," aka "Beto," aka "Enrique Del Real-Moreno," aka

2  "Vecino," ▮▮▮▮▮▮▮▮▮▮▮, JOSE LUIS GUZMAN, JOSE SANCHEZ,

3  aka "El Pajarito," and FRANCISCO ERIC ROCHA shall, upon

4  conviction, forfeit to the United States all their rights, title

5  and interest in any and all property used or intended to be used

6  in any manner or part to commit or to facilitate the commission of

7  the violation alleged in Count 1 of this indictment, including,

8  but not limited to:

9    1.    $1,000,000 cash as referenced in Overt Act #8;

10   2.    $10,000 personal check as referenced in Overt Act #35;

11   3.    $60,000 cash as referenced in Overt Act #36;

12   4.    2 personal checks each in the amount of $120,000 as

13  referenced in Overt Act #37;

14   5.    $40,000 check paid to Salvador Reza as referenced in

15  Overt act #38;

16   6.    $10,000 cash as referenced in Overt Act #40;

17   7.    $20,000 cash as referenced in Overt Act #41;

18   8.    50 tons of cocaine with a street value of approximately

19  $700,000,000, which defendant AVALOS stated he imported into the

20  United States for the Guzman organization in a one month period in

21  1993;

22  All in violation of Title 21, United States Code,

23  Sections 841(a)(1) and 853.

24   Pursuant to Title 21, United States Code, Section 853, as

25  incorporated by reference by Title 18, United States Code, Section

26  982(b), with respect to each defendant, and all other property of

27  the defendants, up to the value of forfeitable assets described

28                                    27

1    above, if by any act or omission of the defendants, said property,

2    or any portion thereof, cannot be located upon the exercise of due

3    diligence; has been transferred, sold to or deposited with a third

4    party; has been placed beyond the jurisdiction of the court; has

5    been substantially diminished in value; or has been commingled

6    with other property which cannot be divided without difficulty, in

7    which case such other property shall be substituted and forfeited

8    to the United States.

9         DATED:  August 23, 1996.

10

11                                      A TRUE BILL:

12

13                                      _____
                                        Foreperson
14

15   ALAN D. BERSIN
     United States Attorney

16   By: _____

17       CYNTHIA A. BASHANT
         Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26
27

28

                                   28